UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>TRAVIS D. LAWLER AND<br>NICOLE M. LAWLER.<br><br>Debtors. | Case No.: 18-21692 beh<br>Chapter 7 |
| TRAVIS D. LAWLER AND<br>NICOLE M. LAWLER,<br><br>Plaintiffs,<br><br>Vs.<br><br>GREAT LAKES,<br>US DEPARTMENT OF EDUCATION,<br>NAVIENT,<br>WESTWOOD COLLEGE 5000/1<br>c/o UNISA INC.<br>As agent for<br>WESTWOOD COLLEGE-ONLINE,<br>DEVILLE ASSET MANAGEMENT LTD.<br><br>Defendants. | Adversary No.: 18-02134 beh |

PLANTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs, Travis D. Lawler and Nicole M. Lawler, through their counsel, Curtis R. Czachor of Czachor, Polack & Borchardt, LLP, hereby move the Court for a default judgment against Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd. pursuant to Federal Rule of Bankruptcy Procedure 7055. Plaintiffs' counsel represents as follows:

1. I am the attorney for the Plaintiffs, Travis D. Lawler and Nicole M. Lawler, who filed a Complaint to Determine Dischargeability of Student Loans on June 21, 2018.

2. The clerk of the United States Bankruptcy Court for the Eastern District of Wisconsin generated a Summons and Notice of Pretrial Conference in an Adversary Proceeding on June 22, 2018.

3. The Summons and Complaint was mail served on June 26, 2018 by Shannon M. Fabry, a paralegal in the office of Czachor, Polack and Borchardt Law, LLP on all Defendants pursuant to Federal Rule of Bankruptcy Procedure 7004, including Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd.

4. The summons required a response to the complaint to be filed within 30 days.

5. A review of the bankruptcy and adversary dockets reveals that no motion or answer was filed in response to the complaint by any of the three Defendants set forth in paragraph three.

6. The undersigned represents to this court that no motion, answer or response has been received by the Czachor, Polack & Borchardt, LLP from any of the three Defendants listed in paragraph three.

7. The Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd., have not made an appearance in this matter in any manner.

WHEREFORE, Plaintiffs request the court enter a default judgment and order declaring that any student loans or debt owed to Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd. is discharged by operation of the Plaintiffs chapter 7 bankruptcy case.

Respectfully submitted this 9th day of July, 2019.

_____
Curtis R. Czachor, Attorney for Plaintiffs

Drafted by:
CZACHOR, POLACK & BORCHARDT LAW, LLP
Attorney Curtis R. Czachor
P.O. Box 2402
Green Bay, WI 54306-2402
Telephone: (920) 435-7300
Facsimile No.: (920) 437-1421