UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

TRAVIS D. LAWLER AND
NICOLE M. LAWLER.

Case No.: 18-21692 beh
Chapter 7

Debtors.

---

TRAVIS D. LAWLER AND
NICOLE M. LAWLER,

Adversary No.: 18-02134 beh

Plaintiffs,

Vs.

GREAT LAKES,
US DEPARTMENT OF EDUCATION,
NAVIENT,
WESTWOOD COLLEGE 5000/1
c/o UNISA INC.
As agent for
WESTWOOD COLLEGE-ONLINE,
DEVILLE ASSET MANAGEMENT LTD.

Defendants.

---

PLANTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT

Travis D. Lawler and Nicole M. Lawler (hereinafter referred to as Movants), by and through their attorneys, Czachor, Polack & Borchardt Law, LLP, by Attorney Curtis R. Czachor, have filed papers to request that the Court grant a motion for default judgment.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought by the Movants in this Motion, or if you want the Court to consider your views on this Motion, then, **within fourteen (14) days of**

**the date of this Notice**, you or your attorney must file a written objection with the Court and request a hearing. Your objection must be sent to:

Bankruptcy Clerk of Court
US Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

If you mail your objection and request for hearing to the Court for filing, you must mail it early enough so that the Court will receive it within fourteen (14) days of the date of this Notice.

You must also mail a copy of your objection and request for hearing to Movant's Attorney:

Curtis R. Czachor
Czachor, Polack & Borchardt Law, L.L.P.
P.O. Box 2402
Green Bay, WI 54306-2402

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief as requested.

Dated this 11th day of July, 2019.

_____
Curtis R. Czachor,
Attorney for Movants

DRAFTED BY:
Czachor, Polack & Borchardt Law, L.L.P.
Attorney Curtis R. Czachor
PO Box 2402
Green Bay, WI 54306-2402
Tele. No.: (920) 435-7300
Facsimile No.: (920) 437-1421

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>TRAVIS D. LAWLER AND<br>NICOLE M. LAWLER.<br>        Debtors. | Case No.: 18-21692 beh<br>Chapter 7 |
| TRAVIS D. LAWLER AND<br>NICOLE M. LAWLER,<br>        Plaintiffs,<br>Vs.<br><br>GREAT LAKES,<br>US DEPARTMENT OF EDUCATION,<br>NAVIENT,<br>WESTWOOD COLLEGE 5000/1<br>c/o UNISA INC.<br>As agent for<br>WESTWOOD COLLEGE-ONLINE,<br>DEVILLE ASSET MANAGEMENT LTD.,<br>        Defendants. | Adversary No.: 18-02134 beh |

## AFFIDAVIT OF MAILING

  Shannon M. Fabry, of Green Bay, Wisconsin, being first duly sworn, says that on the 11th day of July, 2019, she electronically filed and/or mailed properly enclosed in a postpaid envelope, a copy of the, **Plaintiffs' Notice of Motion and Motion for Default Judgment** in the above-captioned action, addressed to the following named person at the proper post office address set after its name, to-wit:

    **SEE ATTACHED**

_____
Shannon M. Fabry

Subscribed this 11th day of July, 2019.

_____
Curtis R. Czachor, Notary Public
State of Wisconsin
My Commission is permanent.

# ATTACHMENT TO AFFIDAVIT OF MAILING

US Trustee's Office
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 430
Milwaukee, WI 53202

Mr. Paul G. Swanson
Bankruptcy Trustee
107 Church Avenue
PO Box 617
Oshkosh, WI 54903-0617

Becket & Lee, LLP
Attorney William J. Becket
16 General Warren Blvd.
Malvern, PA 19335

Ash Street Law Office, LLC
Attorney Nancy A. Thome
314 Ash Street,
PO Box 56
Baraboo, WI 53913

Eastern District of Wisconsin
United States Attorney
Attorney Carter B. Stewart
530 Federal Building
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Westwood College 5000/1
c/o Unisa Inc.
7400 East Arapahoe Road, Suite 10
Englewood, CO 80112-1279

Westwood College-Online
10249 Church Ranch Way
Broomfield, CO 80021

Westwood College
Mr. Norman Blome - CFO
10249 Church Range Way
Westminster, CO 80021

DeVille Asset Management Ltd.
PO Box 1987
1132 Glade Road
Colleyville, TX 76034

The Corporation Trust, Incorporated
Registered Agent for Deville Asset Management Ltd.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264