So Ordered.

Dated: April 26, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

TRAVIS D. LAWLER AND
NICOLE M. LAWLER.

Case No.: 18-21692 beh
Chapter 7

Debtors.

---

TRAVIS D. LAWLER AND
NICOLE M. LAWLER,

Adversary No.: 18-02134 beh

Plaintiffs,

Vs.

GREAT LAKES,
US DEPARTMENT OF EDUCATION,
NAVIENT,
WESTWOOD COLLEGE 5000/1
c/o UNISA INC.
As agent for
WESTWOOD COLLEGE-ONLINE,
DEVILLE ASSET MANAGEMENT LTD.

Defendants.

**ORDER ON MOTION FOR DEFAULT**

WHEREAS, Plaintiffs filed a Complaint to Determine Dischargeability of Student Loans on June 21, 2018 against Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd.;

WHEREAS the Summons and Complaint were served on all Defendants on June 26, 2018 and a pretrial was held August 23, 2019 and there was no appearance from Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd.;

WHEREAS Plaintiffs filed a motion for default judgment against the Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd. on July 9, 2019 and the notice of the motion for default was served on the Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd., that same day and the Court held a hearing on the motion for default on July 25, 2019. The Plaintiffs and their counsel appeared at the hearing and no Defendants answered or appeared. Based on the pleadings and the record before the Court;

IT IS ORDERED THAT: The student loans owed by Debtors/Plaintiffs to Defendants, Westwood College 5000/1, c/o Unisa Inc., Westwood College-Online and Deville Asset Management Ltd. are discharged by operation of the Debtors' chapter 7 bankruptcy discharge order.

####

DRAFTED BY:
Czachor, Polack & Borchardt Law, L.L.P.
Attorney Curtis R. Czachor
PO Box 2402
Green Bay, WI 54306-2402
Tele. No.: (920) 435-7300